UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANAND SINGH,<br><br>Defendant. | **INDICTMENT**<br><br>25 Cr. 227 |

**COUNT ONE**
**(Attempted Coercion and Enticement of a Minor)**

The Grand Jury charges:

1. From at least in or about December 13, 2022 through at least in or about December 17, 2022, in the Southern District of New York and elsewhere, ANAND SINGH, the defendant, knowingly, using a facility and means of interstate and foreign commerce, persuaded, induced, enticed, and coerced an individual who had not attained the age of 18 years to engage in prostitution and sexual activity for which a person can be charged with a criminal offense, and attempted to do so, to wit, SINGH, in communications over the internet, communicated with an individual posing as a 14-year-old girl about arranging to engage in sexual activity and attempted to meet with the individual to engage in sexual activity.

(Title 18, United States Code, Sections 2422(b).)

**FORFEITURE ALLEGATION**

2. As a result of committing the offense alleged in Count One of this Indictment, ANAND SINGH, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, any and all property, real and personal, constituting or derived from proceeds obtained, directly or indirectly, as a result of said offense; and any and all property, real or personal, that was used or intended to be used to commit or facilitation the commission of said

offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

**Substitute Assets Provision**

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a) cannot be located upon the exercise of due diligence;

b) has been transferred or sold to, or deposited with, a third person;

c) has been placed beyond the jurisdiction of the Court;

d) has been substantially diminished in value; or

e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 2428;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

[redacted]
FOREPERSON

Jay Clayton
JAY CLAYTON
United States Attorney